
SLIP OPINION

Cite as 2013 Ark. 343

# SUPREME COURT OF ARKANSAS
No. CV–13–202

| | |
|---|---|
| KAREN COOPER AND JACK DOWELL<br><br>PETITIONERS<br><br>V.<br><br>FAULKNER COUNTY CIRCUIT COURT<br><br>RESPONDENT | **Opinion Delivered** SEPTEMBER 20, 2013<br><br><br><br><br>MASTER APPOINTED. |

**PER CURIAM**

On September 5, 2013, we ordered attorneys Gary D. Jiles and Matthew K. Brown to appear before this court on September 19, 2013, to show cause as to why they should not be held in contempt for failing to comply with this court's mandate staying all proceedings, including any attempt to collect on a garnishment, in the Faulkner County Circuit Court in the matter of *City of Conway & Conway Corp. v. Cooper*, No. 23CV–11–940. Both attorneys appeared on that date and entered pleas of not guilty and requested a hearing.

We therefore appoint the Honorable John Plegge as a master to conduct the hearing for both attorneys. After the hearing, we direct the master to make findings of fact and to file them with this court. Once we receive the master's findings, we will render a decision on the matter.

It is so ordered.